FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JUL 16 P 1:06

ELLEN LIPTON HOLLANDER
AT BALTIMORE

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

| | |
|---|---|
| KRISTEN CORDLE, | Civil Case No.: 1:13-cv-01642-ELH |
| Plaintiff, | |
| vs. | NOTICE OF VOLUNTARY DISMISSAL |
| MRS ASSOCIATES, INC., | |
| Defendants. | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff KRISTEN CORDLE hereby voluntarily dismisses her claims, without prejudice, against Defendants MRS ASSOCIATES, INC.

Dated: 7/11/2013

RESPECTFULLY SUBMITTED,

By: /s/ L. Jeanette Rice
L. Jeanette Rice, Esq
Walsh, Becker, Moody & Rice
14300 Gallant Fox Lane # 218
Bowie, MD 20715
Telephone: 301-262-6000
Facsimile: 301-262-4403
Email: riceesq@walshbecker.com
*Attorney for Plaintiff,*
*Kristen Cordle*